UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 20-MJ-6078-BV

UNITED STATES OF AMERICA

vs.

DRUMMOND NEIL SMITHSON,

Defendant.
_____/

### CRIMINAL COVER SHEET

1. This matter **did not** originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle).

2. This matter **did not** originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
JONATHAN E. KOBRINSKI
Assistant United States Attorney
Court ID No. A5501893
United States Attorney's Office
99 N. E. 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9074
Facsimile: (305) 530-7976
Email: jonathan.kobrinski@usdoj.gov