UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-60062-RAR

UNITED STATES OF AMERICA

v.

**DRUMMOND NEIL SMITHSON**,

    Defendant.
_____/

**ORDER REGARDING COMPETENCY**

THIS CAUSE came before the Court on April 27, 2022 for a hearing pursuant to 18 U.S.C. § 4241(a) to address the mental competency of the Defendant, Drummond Neil Smithson. For the reasons stated on the record in open court—including Dr. Miriam Kissin's January 22, 2022 Competency Evaluation [ECF No. 38]—the Court finds that the Defendant is competent to proceed to trial and/or enter a plea of guilty in these proceedings. Specifically, the Court finds that the Defendant has a "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding" and he has a "rational and factual understanding of the proceedings against him." *Wright v. Sec'y for Dep't of Corr.*, 278 F.3d 1245, 1256 (11th Cir. 2002) (internal quotations and citation omitted); *see also Cooper v. Oklahoma*, 517 U.S. 348, 354 (1996); *Dusky v. United States*, 362 U.S. 402, 402 (1960).

Accordingly, the Clerk is directed to re-open this case and restore it to the active docket; furthermore, speedy trial will resume now that Defendant has been found able to stand trial and/or enter a plea of guilty.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of April, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**