**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-60062-RAR**

**UNITED STATES OF AMERICA**

vs.

**DRUMMOND NEIL SMITHSON,**

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION TO DISCLOSE MEDICAL RECORDS**

THIS CAUSE is before the Court upon Defendant's Motion to Disclose Medical Records ("Motion"), [ECF No. 78], regarding medical records in the custody of the Bureau of Prisons ("BOP"). The medical records are maintained at the Federal Detention Center in Miami, Florida, pertaining to Drummond Smithson, regulation number 26188-104. The records are necessary for counsel to assist Defendant in a successful transition to the court-ordered Residential Reentry Center. The entry of this order is necessary to permit BOP and the United States Attorney's Office to release Mr. Smithson's medical records, which are protected under the provisions of the Privacy Act of 1974, 5 U.S.C. § 552a(b).

Pursuant to section 552a(b), government agencies can release information about individuals only under certain circumstances, and release is permitted when a court of competent jurisdiction so orders. 5 U.S.C. § 552a(b)(11). Requests for court orders under section 552a(b)(11) should be evaluated by balancing the need for the disclosure against the potential harm to the subject of the disclosure. *Perry v. State Farm Fire & Casualty Co.,* 734 F.2d 1441, 1447 (11th Cir. 1984).

The Court, having carefully considered the Motion, having balanced the need for disclosure against the potential harm from such disclosure, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that BOP shall produce Mr. Smithson's medical records to the Federal Public Defender's Office. To the extent that the records have been or are later disclosed to the United States Attorney's Office, the Court further orders that the United States Attorney's Office provide the medical records to the Federal Public Defender's Office as well. This Order is entered pursuant to 5 U.S.C. § 552a(b)(11).

The United States shall serve a copy of this order on legal counsel for the Bureau of Prisons at FDC Miami.

**DONE AND ORDERED** in Miami, Florida, this 28th day of May, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record