# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00665-TAB All Defendants

Case title: USA v. SMITHSON
Other court case number: 0:20CR60062-RAR Southern District of Florida - Miami Division

Date Filed: 07/23/2024

FILED BY ____MP____ D.C.
Jul 30, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Assigned to: Magistrate Judge Tim A. Baker

**Defendant (1)**
DRUMMOND NEIL SMITHSON                       represented by   William H. Dazey , Jr.
                                                              INDIANA FEDERAL COMMUNITY
                                                              DEFENDERS
                                                              111 Monument Circle
                                                              Suite 3200
                                                              Indianapolis, IN 46204
                                                              (317) 383-3520
                                                              Fax: (317) 383-3525
                                                              Email: bill.dazey@fd.org
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Public Defender or Community
                                                              Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Warrant on Supervised Release Violation out of the Southern District of Florida - Miami Division | |

**Plaintiff**
USA                                          represented by   Corbin Houston
                                                              DOJ-USAO

USA v. SMITHSON (1:24-mj-00665-TAB)

10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Email: corbin.houston@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2024 | 1 | MINUTE ORDER for proceedings held before Magistrate Judge Tim A. Baker as to DRUMMOND NEIL SMITHSON (1) - Initial Appearance in Rule 5(c)(3) Proceedings held on 7/23/2024. Parties appear for a Rule 5(c)(3) hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 31, 2024, out of the Southern District of Florida, Case No. 0:20CR60062-RAR(1). Defendant appeared in person and by FCD counsel Bill Dazey. Government represented by AUSA Corbin Houston. USPO represented by Megan Stevens. Financial affidavit approved. Counsel appointed. Defendant waived his right to an identity hearing. Charges and rights were read and explained. Government moved for the defendant to remain in custody pending transport to the Southern District of Florida. Defendant consented to detention pending transport and request that the detention hearing and any other hearings he is entitled to be held in the charging district. Defendant remanded to the custody of the U.S. Marshal pending removal to the Southern District of Florida. Signed by Magistrate Judge Tim A. Baker on 7/23/2024. (DWH) (Entered: 07/24/2024) |
| 07/23/2024 | 2 | Arrest Warrant Returned by US Marshal. Service of Warrant EXECUTED on 7/23/2024 in case as to DRUMMOND NEIL SMITHSON (1). Electronic Notice to USM-W.(DWH) (Entered: 07/24/2024) |
| 07/23/2024 | 4 | WAIVER of Rule 5(c)(3) - Rule 32.1 Hearing by DRUMMOND NEIL SMITHSON (1). (DWH) Modified on 7/24/2024 - added text (DWH). (Entered: 07/24/2024) |
| 07/23/2024 | 5 | COMMITMENT TO ANOTHER DISTRICT as to DRUMMOND NEIL SMITHSON (1). Defendant committed to District of Southern District of Florida - Miami Division. Defendant is requesting court-appointed counsel. The defendant remains in custody after the initial appearance. Signed by Magistrate Judge Tim A. Baker on 7/23/2024. Electronic Notice to USM-C.(DWH) (Entered: 07/24/2024) |
| 07/24/2024 |   | Notice of a Rule 5 or Rule 32 Initial Appearance as to DRUMMOND NEIL SMITHSON (1). Transferee court case number is: 0:20CR600062-RAR. Using a PACER account, the docket sheet and any documents may be received via the case number link. Any necessary sealed/restricted documents will be transmitted to the receiving district court via a separate e-mail message.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (DWH) (Entered: 07/24/2024) |

**USA v. SMITHSON (1:24-mj-00665-TAB)**

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:24-mj-00665-TAB-01 |
| DRUMMOND NEIL SMITHSON, | ) | Charging District's |
| Defendant | ) | Case No. 20CR60062-RAR(1) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Southern___ District of ___Florida___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 7/23/2024

_Judge's signature_

Tim A. Baker
U.S. Magistrate Judge
_Printed name and title_

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:23-mj-00665-TAB-01 |
| | ) | |
| DRUMMOND NEIL SMITHSON, | ) | Charging District's Case No.   20CR60062-RAR(1) |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*   Southern District of Florida   .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   7/23/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:24-mj-665-TAB |
| | ) | |
| DRUMMOND NEIL SMITHSON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JULY 23, 2024,**
**HONORABLE TIM A BAKER, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 31, 2024, out of the Southern District of Florida, Case No. 0:20CR60062-RAR(1). Defendant appeared in person and by FCD counsel Bill Dazey. Government represented by AUSA Corbin Houston. USPO represented by Megan Stevens.

Financial affidavit approved. Counsel appointed.

Defendant waived his right to an identity hearing. Charges and rights were read and explained.

Government moved for the defendant to remain in custody pending transport to the Southern District of Florida. Defendant consented to detention pending transport and request that the detention hearing and any other hearings he is entitled to be held in the charging district.

Defendant remanded to the custody of the U.S. Marshal pending removal to the Southern District of Florida.

Date: 7/23/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system